IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

```
LEEAN WICK,                           )
                                      )
              Plaintiff,              )    Case No. 03-6182-HO
                                      )
         v.                           )    ORDER
                                      )
Commissioner of Social Security,      )
                                      )
              Defendant.              )
_____)
```

Plaintiff, Leean Wick, moves for an award of attorney fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $6,833.83.

The Commissioner's decision was reversed and remanded for further proceedings by the Ninth Circuit Court of Appeals making plaintiff a prevailing party. However, the Ninth Circuit declined to award fees pursuant to EAJA indicating that the government's position was substantially justified. Accordingly, plaintiff's

1 - ORDER

application for an award of attorney fees (#23) is denied.

## CONCLUSION

Plaintiff's motion (#23) for attorney fees and expenses under the EAJA is denied.

DATED this  13th   day of  Oct   , 2006.

                                       s/ Michael R. Hogan
                                      UNITED STATES DISTRICT JUDGE